# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MILDRED WEBB and JOSEPH WEBB     :

           Plaintiffs,     :

         v.     :

BAYER CORPORATION;     :
BAYER AG;     :
GLAXOSMITHKLINE, PLC;     :
GLAXOSMITHKLINE;     :
SMITHKLINE BEECHAM     :
              :
           Defendants.     :

CIVIL ACTION NO.  02-CV-3499

ENTRY OF APPEARANCE

## ENTRY OF APPEARANCE

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T.

Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____
Hope S. Freiwald

_____
Aline Fairweather

_____
Alison T. Conn

_____
Kirstin J. Miller

Dated: July _____, 2002

DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000